

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-30,183-09

**EX PARTE JUAN ROBERTO RODRIGUEZ, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 1990CR1294-W7 IN THE 227TH DISTRICT COURT
## FROM BEXAR COUNTY

*Per curiam.  Yeary, J., not participating.*

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967).  Applicant pleaded guilty to arson and was sentenced to twenty-five years' imprisonment.

In the instant application, Applicant raises one ground for review alleging an improper denial of time credit for periods when Applicant was on parole prior to revocation.  Applicant also alleges that the enhancement of his sentence using remote prior convictions was improper.  Applicant requests appointment of habeas counsel and a live habeas hearing.

This Court has reviewed Applicant's claim that he is being improperly denied street time

credit, and finds that it is without merit. *See Ex parte Noyola*, 215 S.W.3d 862, 867 (Tex. Crim. App. 2007). Therefore, it is denied. Applicant's remaining claims are barred from review; as such, they are dismissed. Tex. Code Crim. Proc. art. 11.07 § 4.

Filed: March 9, 2016
Do not publish